S. H. STEVENS AND ANOTHER, *d. b. a.* SLEET-SHAVER MFG. COMPANY, v. FEDERAL CARTRIDGE CORPORATION, *d. b. a.* TWIN CITIES ORDNANCE PLANT.[1, 2]

June 24, 1949.

No. 35,027.

See, 226 Minn. 148, 32 N. W. (2d) 312.

*Clarence O. Holten* and *James S. Eriksson,* for appellants.

*John W. Graff,* Acting United States Attorney, and *William P. Murphy,* Assistant United States Attorney, for respondent.

PER CURIAM.

Appeal from a judgment. The case was here before and our opinion filed April 23, 1948. Stevens v. Federal Cartridge Corp. 226 Minn. 148, 32 N. W. (2d) 312. For the reasons given in the previous opinion and upon authority of that opinion, the judgment appealed from is affirmed.

---

[1]Reported in 38 N. W. (2d) 154.
[2]Certiorari denied by U. S. Supreme Court January 16, 1950.
[3]Reported in 38 N. W. (2d) 844.